1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    EASTERN DISTRICT OF CALIFORNIA
7

8 | SIERRA SCHOOL EQUIPMENT | Case No. 1:23-cv-01496-JLT-CDB
  | COMPANY,
9 |                          | ORDER ON STIPULATION
  |          Plaintiff,      | TRANSFERRING ACTION TO THE
10|                          | CENTRAL DISTRICT OF CALIFORNIA
  |      v.                  |
11|                          | (Doc. 38)
  | LAFAYETTE LIFE INSURANCE
12| COMPANY, *et al*.,
13|          Defendants.
14

15        Pending before the Court is the stipulation of Plaintiff Sierra School Equipment Company

16   and Defendants The Lafayette Life Insurance Company, Pensionlabs Incorporated and Michael

17   Holman, filed March 19, 2024, for order transferring this action to the Central District of

18   California. (Doc. 38). The parties represent that transfer is warranted given that an earlier-filed

19   action pending in that District (*Anthony Di Bernardo, et al. v. The Lafayette Life Insurance

20   Company, et al.*, Case No. 8:23-cv-01035-FWS-KES (C.D. Cal.)) raises similar issues of law and

21   fact as alleged in the action pending before this Court. *Id*.

22        Under the first-to-file rule, a court may dismiss a complaint or claim that is duplicative,

23   transfer all or parts of the case to the first-filed district or stay all or parts of the case pending a

24   decision in the prior-related action. *See Heinz v. Mazda Motor of America, Inc.*, No. 2:22-cv-

25   02058-TLN-CKD, 2023 WL 4305118, at *1 (E.D. Cal. June 30, 2023) (citing *Kohn Law Grp.,

26   Inc. v. Auto Parts Mfg. Miss., Inc.*, 787 F.3d 1237, 1239-40 (9th Cir. 2015)).

27        The Court having considered the parties' stipulation to transfer and counsel

28   representations therein, the factors articulated in *Kohn Law Grp*., and good cause appearing, IT IS

HEREBY ORDERED:

      1.    This case shall be transferred to the Central District of California, so that it can be related to the earlier-filed matter captioned *Anthony Di Bernardo, et al. v. The Lafayette Life Insurance Company, et al.*, Case No. 8:23-cv-01035-FWS-KES (C.D. Cal.).

IT IS SO ORDERED.

Dated:  __**March 20, 2024**__

                                    UNITED STATES MAGISTRATE JUDGE