THOMAS A. EVANS (SBN 202841)
E-mail: tom.evans@alston.com
ALSTON & BIRD LLP
560 Mission St., Suite 2100
San Francisco, CA 94105
Telephone: +1 415 243 1000
Facsimile: +1 415 243 1001

JONATHAN KIM (SBN. 312145)
E-mail: jonathan.kim@alston.com
ALSTON & BIRD LLP
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: +1 213-576-1000
Facsimile: +1 213-576-1100

Attorneys for Defendant The Lafayette Life Insurance Company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIERRA SCHOOL EQUIPMENT COMPANY, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE LAFAYETTE LIFE INSURANCE COMPANY; an Ohio corporation; PENSIONLABS INCORPORATED, a Washington corporation; MICHAEL HOLMAN, an individual; PROBABILITY TECHNOLOGY, INC., a Washington corporation; CHARLES B. GRAMP; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02332-FWS-KES<br><br>Assigned to the Hon. Fred W. Slaughter<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, CLERK, AND ALL PARTIES OF RECORD**:

**PLEASE TAKE NOTICE** that Plaintiff Sierra School Equipment Company ("Plaintiff") and Defendant The Lafayette Life Insurance Company ("Lafayette"), have reached a settlement in connection with Plaintiff's claims against Lafayette. The parties are currently working on finalizing a settlement agreement and release, and expect to file a request for dismissal within the next thirty (30) days.

In light of the settlement, the parties respectfully request the Court vacate the December 18, 2025, hearing on Lafayette's motion for summary judgment or, in the alternative, partial summary judgment.

Dated: December 1, 2025

**THOMAS A. EVANS**
**JONATHAN J. KIM**
**ALSTON & BIRD LLP**

By: */s/ Thomas A. Evans*
Thomas Evans
Attorneys for Defendant The Lafayette Life Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record.

DATED: December 1, 2025

By  */s/ Thomas A. Evans*
Thomas A. Evans
Attorney for Defendant The Lafayette Life Insurance Company